SLIP OPINION

Cite as 2016 Ark. 283

# SUPREME COURT OF ARKANSAS

No. D–16–174

| | |
|---|---|
| STARK LIGON, EXECUTIVE DIRECTOR OF THE SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT | **Opinion Delivered** June 23, 2016 |
| PETITIONER | MOTION FOR APPOINTMENT OF SPECIAL JUDGE |
| V. | |
| JEFFERY H. KEARNEY ARKANSAS BAR ID # 91249 | |
| RESPONDENT | |
| | SPECIAL JUDGE APPOINTED. |

**PER CURIAM**

Stark Ligon, Executive Director of the Arkansas Supreme Court Committee on Professional Conduct, has filed a complaint for disbarment against the respondent, Jeffery H. Kearney.

Pursuant to section 13(A) of the Procedures of the Arkansas Supreme Court Regulating Professional Conduct of Attorneys at Law, a special judge shall be appointed to preside over the disbarment proceedings. After hearing all evidence relevant to the alleged misconduct, the judge shall make findings of fact, conclusions of law, and recommendations of an appropriate sanction, and shall file them, along with a transcript and the record of the proceedings, with the clerk of the supreme court.

SLIP OPINION

Cite as 2016 Ark. 283

On April 21, 2016, the Honorable Vicki Cook, Retired Circuit Judge, was appointed as special judge to hear this matter. *Ligon v. Kearney*, 2016 Ark. 179 (per curiam). Judge Cook has found it necessary to recuse from further proceedings in this matter.

The court now appoints the Honorable David Goodson, Retired Circuit Judge, as special judge to hear this matter and to provide the court with findings of fact, conclusions of law, and recommendations of an appropriate sanction. Upon receipt of the special judge's findings, we will render a decision in this matter.

It is so ordered.

D-16-174